Management Cleaning Controls, LLC Louisville, KY 40223

245160

| EMP NO/DEPT | EMPLOYEE NAME | SSN | PER BEG | PER END | CK NO. |
|---|---|---|---|---|---|
| 787844 3955MN | ZWACK, JOHN A | 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 | 08/20/06 | 09/02/06 | 245160 |

| Earnings | HRS/UNITS | Curr Amt | YTD | Deductions | Curr Amt | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | 58.160 | 465.28 | 1162.72 | FEDERAL W/H | 15.76 | 46.00 |
| RETRO | .000 | .00 | 220.40 | Emplye OASDI | 28.84 | 85.75 |
| | | | | Emplye Medic | 6.75 | 20.06 |
| | | | | MN SWH | 12.00 | 36.00 |

| Pay Rate | Curr Earn | Curr Ded | Net Pay | YTD Earn | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 8.000 | 465.28 | 63.35 | 401.93 | 1383.12 | 187.81 | 1195.31 |

245160

Management Cleaning Controls, LLC Louisville, KY 40223

| EMP NO/DEPT | EMPLOYEE NAME | SSN | PER BEG | PER END | CK NO. |
|---|---|---|---|---|---|
| 787844 3955MN | ZWACK, JOHN A | 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 | 08/20/06 | 09/02/06 | 245160 |

| Earnings | HRS/UNITS | Curr Amt | YTD | Deductions | Curr Amt | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | 58.160 | 465.28 | 1162.72 | FEDERAL W/H | 15.76 | 46.00 |
| RETRO | .000 | .00 | 220.40 | Emplye OASDI | 28.84 | 85.75 |
| | | | | Emplye Medic | 6.75 | 20.06 |
| | | | | MN SWH | 12.00 | 36.00 |

| Pay Rate | Curr Earn | Curr Ded | Net Pay | YTD Earn | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 8.000 | 465.28 | 63.35 | 401.93 | 1383.12 | 187.81 | 1195.31 |

Management Cleaning Controls, LLC Louisville, KY 40223

| EMP NO/DEPT | EMPLOYEE NAME | SSN | PER BEG | PER END | CK NO. | 249626 |
|---|---|---|---|---|---|---|
| 787844 3955MN | ZWACK, JOHN A | 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 | 09/17/06 | 09/30/06 | 249626 | |

| Earnings | HRS/UNITS | Curr Amt | YTD | Deductions | Curr Amt | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | 46.380 | 371.04 | 2033.12 | FEDERAL W/H | 6.33 | 71.50 |
| RETRO | .000 | .00 | 220.40 | Emplye OASDI | 23.01 | 139.72 |
| | | | | Emplye Medic | 5.38 | 32.68 |
| | | | | MN SWH | 7.00 | 57.00 |

| Pay Rate | Curr Earn | Curr Ded | Net Pay | YTD Earn | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 8.000 | 371.04 | 41.72 | 329.32 | 2253.52 | 300.90 | 1952.62 |

249626

Management Cleaning Controls, LLC Louisville, KY 40223

| EMP NO/DEPT | EMPLOYEE NAME | SSN | PER BEG | PER END | CK NO. |
|---|---|---|---|---|---|
| 787844 3955MN | ZWACK, JOHN A | 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 | 09/17/06 | 09/30/06 | 249626 |

| Earnings | HRS/UNITS | Curr Amt | YTD | Deductions | Curr Amt | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | 46.380 | 371.04 | 2033.12 | FEDERAL W/H | 6.33 | 71.50 |
| RETRO | .000 | .00 | 220.40 | Emplye OASDI | 23.01 | 139.72 |
| | | | | Emplye Medic | 5.38 | 32.68 |
| | | | | MN SWH | 7.00 | 57.00 |

| Pay Rate | Curr Earn | Curr Ded | Net Pay | YTD Earn | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 8.000 | 371.04 | 41.72 | 329.32 | 2253.52 | 300.90 | 1952.62 |

Management Cleaning Controls, LLC, Louisville, KY 40223

252895

| EMP NO/DEPT | EMPLOYEE NAME | SSN | PER BEG | PER END | CK NO. |
|---|---|---|---|---|---|
| 787844 3955MN | ZWACK, JOHN A | 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 | 10/01/06 | 10/14/06 | 252895 |

| Earnings | HRS/UNITS | Curr Amt | YTD | Deductions | Curr Amt | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | 38.070 | 304.56 | 2758.16 | Emplye OASDI | 18.88 | 184.67 |
| RETRO | .000 | .00 | 220.40 | Emplye Medic | 4.42 | 43.19 |
| | | | | MN SWH | 4.00 | 71.00 |
| | | | | FEDERAL W/H | .00 | 82.78 |

| Pay Rate | Curr Earn | Curr Ded | Net Pay | YTD Earn | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 8.000 | 304.56 | 27.30 | 277.26 | 2978.56 | 381.64 | 2596.92 |

Management Cleaning Controls, LLC, Louisville, KY 40223

252895

| EMP NO/DEPT | EMPLOYEE NAME | SSN | PER BEG | PER END | CK NO. |
|---|---|---|---|---|---|
| 787844 3955MN | ZWACK, JOHN A | 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 | 10/01/06 | 10/14/06 | 252895 |

| Earnings | HRS/UNITS | Curr Amt | YTD | Deductions | Curr Amt | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | 38.070 | 304.56 | 2758.16 | Emplye OASDI | 18.88 | 184.67 |
| RETRO | .000 | .00 | 220.40 | Emplye Medic | 4.42 | 43.19 |
| | | | | MN SWH | 4.00 | 71.00 |
| | | | | FEDERAL W/H | .00 | 82.78 |

| Pay Rate | Curr Earn | Curr Ded | Net Pay | YTD Earn | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 8.000 | 304.56 | 27.30 | 277.26 | 2978.56 | 381.64 | 2596.92 |

Management Cleaning Controls, LLC Louisville KY 40223

252160

| EMP NO/DEPT | EMPLOYEE NAME | SSN | PER BEG | PER END | CK NO. |
|---|---|---|---|---|---|
| 787844 3955MN | ZWACK, JOHN A | 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 | 10/01/06 | 10/14/06 | 252160 |

| Earnings | HRS/UNITS | Curr Amt | YTD | Deductions | Curr Amt | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | 52.560 | 420.48 | 2453.60 | FEDERAL W/H | 11.28 | 82.78 |
| RETRO | .000 | .00 | 220.40 | Emplye OASDI | 26.07 | 165.79 |
| | | | | Emplye Medic | 6.09 | 38.77 |
| | | | | MN SWH | 10.00 | 67.00 |

| Pay Rate | Curr Earn | Curr Ded | Net Pay | YTD Earn | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 8.000 | 420.48 | 53.44 | 367.04 | 2674.00 | 354.34 | 2319.66 |

252160

Management Cleaning Controls, LLC Louisville KY 40223

| EMP NO/DEPT | EMPLOYEE NAME | SSN | PER BEG | PER END | CK NO. |
|---|---|---|---|---|---|
| 787844 3955MN | ZWACK, JOHN A | 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 | 10/01/06 | 10/14/06 | 252160 |

| Earnings | HRS/UNITS | Curr Amt | YTD | Deductions | Curr Amt | YTD |
|---|---|---|---|---|---|---|
| Regular Pay | 52.560 | 420.48 | 2453.60 | FEDERAL W/H | 11.28 | 82.78 |
| RETRO | .000 | .00 | 220.40 | Emplye OASDI | 26.07 | 165.79 |
| | | | | Emplye Medic | 6.09 | 38.77 |
| | | | | MN SWH | 10.00 | 67.00 |

| Pay Rate | Curr Earn | Curr Ded | Net Pay | YTD Earn | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 8.000 | 420.48 | 53.44 | 367.04 | 2674.00 | 354.34 | 2319.66 |

Paystub ID: 12930700
Pay Date: 11/10/2006
Pay Period: 10/16/06 TO 10/31/06

**Personal Information**

JOHN A ZWACK
8555 15TH AVE NW
ST CLOUD, MN 56367

Card #: xxxx-xxxx-xxxx-4554
4707*****
82248200

**Employer Information**

For Help Call 1-800-578-2966,
Paychek Plus
15710 JFK BLVD #500
Houston, TX 77032
KBS 1575 Henthorne Dr. Maumee
OH 43537

| Earnings | Hours | Rate | Amount | Amount YTD |
|---|---|---|---|---|
| REGULAR | 56.50 | 9.00 | 508.50 | 508.50 |
| **Total Earnings** | | | **508.50** | **508.50** |
| **Withholdings** | | | Amount | Amount YTD |
| F.I.C.A. | | | 31.53 | 31.53 |
| Soc Sec Tax | | | | |
| Medicare Tax | | | 7.37 | 7.37 |
| Federal Tax | | | 17.52 | 17.52 |
| MINNESOTA | | | 23.08 | 23.08 |
| **Total Withholdings** | | | **79.50** | **79.50** |
| **Deductions** | | | Amount | Amount YTD |
| ADMIN. FEE | | | 10.00 | 10.00 |
| **Total Deductions** | | | **10.00** | **10.00** |
| **Net Pay** | | | Amount | Amount YTD |
| | | | **419.00** | **419.00** |